WILLIAM OLIVER *versus* MARTIN BAUM.

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Notice of suit ordered published *p. 29; (2) continued *p. 75; (3) continued *p. 115; (4) continuance rescinded, reference *p. 118; (5)

leave given to amend bill, notice ordered *p. 121; (6) order for notice stricken, bill taken as confessed, referred to master *p. 133; (7) motion for decree of sale *p. 157; (8) decree *p. 159.

PAPERS IN FILE: (1) Bill of complaint; (2) bond for costs; (3) affidavit of non-residence; (4) motion for notice by publication; (5) motion for leave to amend bill or to file supplemental bill; (6) proof of publication of notice of suit; (7) master's report; (8) motion for decree of sale; (9) draft of decree; (10) precipe for publication; (11) proof of publication of notice of sale; (12) report of sale; (13) copy of decree signed by two of the judges; (14–17) bills of costs; (18) deed of mortgage; (19) copy of deed of mortgage.

*Chancery Case* 66 of 1825.